Clerk of Court
of Criminal Appeals
P.O Box 12308 Capitol Station
Austin, Texas 78711
Re: Trial Cause No. A-080-157

Date: 10-12-15

79,222-03

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk

Dear Clerk,

Enclosed you will find relator's Motion
for leave to file Writ of Mandamus.
Please file and bring attention to the
Court.

    Thank you. Your asstance is
appreciated.

    Sincerely,

Kenneth Hunt

Pro Se Relator

TDCJ# 1700277

Estelle Unit

264 F.M 3478

Huntsville, Tx 77320

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for leave to file Writ of Mandamus was this day mailed postage pre-paid to the Court of Criminal Appeals of Texas P.O. Box 12308 Capitol Station, Austin, Texas 78711.

Signed This 12th Day of October 2015.

Kenneth Hunt
Pro Se Relator

Trial Cause No. A-080.157

EX PARTE                  COURT OF CRIMINAL

KENNETH HUNT          APPEALS FOR THE

Applicant                 STATE OF TEXAS

## MOTION FOR LEAVE TO
## FILE PETITION FOR WRIT OF MANDAMUS

Applicant, Kenneth Hunt, comes now to move the Court to grant him permission to file a petition for Writ of Mandamus for the following reasons:

I. Relator filed with the convicting court a Motion for Forsenic D.N.A testing, pursuant to Art. 64.01(c), and Declaration of indigency, specifically requesting that the Knit cap that was allegedly used in the Robbery be tested with different methods

II. Respondent denied motion on May 20, 2012. Relator requested for a Motion to appoint counsel to assist in getting a D.N.A test on July 20, 2015, that motion was denied also on July 27, 2015

III. Convicting Courts have a ministerial duty to appoint counsel pretaining to D.N.A testing, pursuant to Art. 64.01 (c) of the Tex. Code of Criminal Procedures.

Wherefore, Relator, Hunt, prays that the Honorable Court of Criminal Appeals grant him leave to file a Petition for Writ of Mandamus.

Respectfully submitted,

Kenneth Hunt
Kenneth Hunt
TDC# 1700277
264 F.M 3478
Huntsville, Tx 77320